**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BARBARA HOFFMAN, et al. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-0014-JRG-RSP |
| | § | |
| MARION COUNTY, TX, et al. | § | |

## ORDER

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on June 21, 2012 (Dkt. No. 83) recommending that various motions be disposed of as indicated below. Having considered the Objections filed by Plaintiffs (Dkt. Nos. 86, 87, 90), and finding them to be without sufficient merit, the Recommendation is adopted. Accordingly,

IT IS ORDERED that

(1) the Motion to Dismiss (Dkt. No. 9) is granted and all claims against Marshall News Messenger, ASP Westward LP, Phil Latham, Robin Y. Richardson and Courtney Lane, including those joined by the Amended Complaint, are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction;

(2) the Motion to Dismiss (Dkt. No. 10) is granted and all claims against KYTX-19 and London Broadcasting Company, Inc. are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction;

(3) the Motion for More Definite Statement (Dkt. No. 14) is DENIED AS MOOT;

(4) the Motion to Dismiss (Dkt. No. 13) is granted and all claims against KLTV-7 and Raycom Media, Inc. are DISMISSED WITHOUT PREJUDICE;

(5) the Motion to Dismiss (Dkt. No. 15) is DENIED;

(6)   the Motion to Dismiss (Dkt. No. 16) is granted and all claims against the Texas Animal Health Commission are DISMISSED WITHOUT PREJUDICE;

(7)   the Motion to Dismiss (Dkt. No. 60) is DENIED AS MOOT;

(8)   the Motion to Dismiss (Dkt. No. 61) is GRANTED and all claims against Marshall Animal Control are DISMISSED WITHOUT PREJUDICE;

(9)   all claims against Judge Phil Parker, Magistrate Lex Jones and Magistrate Velma Allen are DISMISSED WITH PREJUDICE.

**So ORDERED and SIGNED this 28th day of September, 2012.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE