**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BARBARA HOFFMANN, et al. | § § | |
| v. | § § | Case No. 2:12-cv-0014-JRG-RSP |
| MARION COUNTY, TX, et al. | § § | |

## ORDER

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on June 21, 2012 (Dkt. No. 83). Having considered the Objections filed by Defendants (Dkt. No. 53), and finding them to be without sufficient merit, the Recommendation is adopted as to Courtney Case, in addition to the defendants previously dismissed by this Court. Accordingly, IT IS ORDERED that all claims against Courtney Case are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

**So ORDERED and SIGNED this 19th day of November, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE